Gustavo Ponce, Esq.
Nevada Bar No. 15084
Mona Amini, Esq.
Nevada Bar No. 15381
**KAZEROUNI LAW GROUP, APC**
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
Telephone: (800) 400-6808
Facsimile:  (800) 520-5523
E-mail: gustavo@kazlg.com
E-mail: mona@kazlg.com

Nicholas Barthel, Esq.
Nevada Bar No. 15386
**BARTHEL & BARTHEL, APC**
2173 Salk Avenue, Suite 250
Carlsbad, California 92008
Telephone: (760) 259-0033
Facsimile:  (760) 536-9010
E-mail: nick@barthelbarthel.com

*Attorneys for Plaintiff,*
*Robert Gardner*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ROBERT GARDNER,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>CHECKR, INC.,<br><br>　　　　　Defendant. | Case No.: 2:22-cv-01079-GMN-VCF<br><br>**STIPULATION OF DISMISSAL OF CHECKR, INC.** |

- 1 -
STIPULATION FOR DISMISSAL

Pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, Plaintiff Robert Gardner ("Plaintiff") and Defendants Checkr, Inc. ("Defendant") stipulate to dismiss with prejudice Plaintiff's claims against Defendant. Each party will bear its own costs, disbursements, and attorney fees.

DATED this 20th day of December 2022.

**KAZEROUNI LAW GROUP, APC**

By: /s/ Gustavo Ponce
Gustavo Ponce, Esq.
Mona Amini, Esq.
6069 South Fort Apache Road, Suite 100
Las Vegas, Nevada 89148
*Attorneys for Plaintiff*

**TROUTMAN PEPPER HAMILTON SANDERS LLP**

By: /s/ Brody Wright
Brody R. Wright, Esq.
8985 S. Eastern Dr., Suite 200
Las Vegas, NV 89123
*Attorneys for Defendant Checkr, Inc.*

## ORDER

**IT IS SO ORDERED.**
**IT IS FURTHER ORDERED** that the Clerk of Court shall close the case.

Dated this  21  day of December, 2022.

_____
Gloria M. Navarro, District Judge
UNITED STATES DISTRICT COURT

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY pursuant to Rule 5 of the Federal Rules of Civil Procedure that on December 20, 2022, the foregoing Stipulation was filed and served via CM/ECF to all parties appearing in this case.

**KAZEROUNI LAW GROUP, APC**

By: */s/ Gustavo Ponce*
GUSTAVO PONCE, ESQ.
MONA AMINI, ESQ.
6069 S. FORT APACHE ROAD, SUITE 100
LAS VEGAS, NV 89148
*Attorneys for Plaintiff*